# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA PONCE DE MARTINEZ,<br><br>      Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant | Case No.: 2:20-cv-07621-DFM<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: August 5, 2022

*/s/ Douglas F. McCormick*
THE HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 |    /s/ *Young Cho*
BY: _____
4 |    Young Cho
   Attorney for plaintiff Elvira Ponce De Martinez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26